PER CURIAM.

(No. 75-CC-692—)

MOTOROLA, INC., Claimant, vs. STATE OF ILLINOIS,
DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed April 11, 1975.*

MOTOROLA, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respond-
ent.

PER CURIAM.